# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Steven Pinkney,

       Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                               3:12cv384

USA,

       Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 6, 2012 Order.

                                               Signed: August 6, 2012

                                               Frank G. Johns, Clerk
                                               United States District Court